## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**WALLACE A. GARDNER, JR.**                                    **PLAINTIFF**
**ADC #110784**

**V.**                           **NO. 4:24-cv-00657-LPR-ERE**

**DEXTER PAYNE**, *et al*.                                    **DEFENDANTS**

### RECOMMENDED DISPOSITION

### I.    Procedures for Filing Objections

This Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

### II.    Discussion

On August 1, 2024, *pro se* plaintiff Wallace A. Gardner, Jr., an Arkansas Division of Correction ("ADC") inmate, filed this action under 42 U.S.C. § 1983. *Doc. 2*. Because Mr. Gardner is a "three-striker,"[1] he can proceed in forma pauperis

---

[1] The following dismissals are "strikes" for purposes of 28 U.S.C. § 1915(g): *Gardner v. Fox, et al.*, E.D. Ark. Case No. 4:14-cv-00197-JM (April 3, 2014 dismissal for

only if he is currently in imminent danger of serious physical injury. See 28 U.S.C. § 1915(g); *Ashley v. Dilworth,* 147 F.3d 715, 717 (8th Cir. 1998).

Mr. Gardner's complaint alleges that his initial assignment to the "18 month program" in 2015, and his continued assignment to the program, violates his constitutional rights. In addition, in his declarations filed after he filed his complaint, Mr. Gardner generally complains about the conditions of confinement in the "18 month program." *Docs. 6, 7.* These alleged facts and claims are insufficient to reasonably suggest that Mr. Gardner faces an imminent danger of serious physical injury.

On August 5, 2024, based on Mr. Gardner's status as a three-striker and his failure satisfy the imminent-danger-of-serious-physical-injury standard, he was ordered to pay the $405.00 filing fee within 30 days. *Doc. 4.* The Order specifically cautioned Mr. Gardner that his failure to pay the filing fee would result in dismissal of his claims, without prejudice.

To date, Mr. Gardner has not complied with the Court's August 5, 2024 Order to pay the filing fee, and the time for doing so has passed.

---

failure to state a claim); *Gardner v. Hutchinson, et al.*, E.D. Ark. Case No. 4:15-cv-00650-JLH (Oct. 29, 2015 dismissal for same); and *Gardner v. Kelley, et al.*, E.D. Ark. Case No. 5:15-cv-00223-SWW (Aug. 21, 2015 dismissal for same).

**III.   Conclusion**

IT IS THEREFORE RECOMMENDED THAT:

1.      Mr. Gardner's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's August 5, 2024 Order requiring him to pay the filing fee; and (2) prosecute this lawsuit.

2.      The Clerk be instructed to close this case.

Dated 12 September 2024.


_____
UNITED STATES MAGISTRATE JUDGE