IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WALLACE A. GARDNER, JR.** **PLAINTIFF**
**ADC #110784**

v. No. 4:24-cv-00657-LPR

**DEXTER PAYNE, et al.** **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 8) and the Plaintiff's Objections (Doc. 9). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to (1) comply with the Court's August 5, 2024 Order requiring him to pay the filing fee, and (2) prosecute this lawsuit. The Clerk is directed to close this case.

IT IS SO ORDERED this 1st day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The circumstances described in Plaintiff's Objections are unrelated to the allegations in his Complaint and concern events that occurred after the Complaint was filed. Therefore, they do not satisfy the "imminent danger" exception to the three-strikes rule. *See Martin v. Shelton*, 319 F.3d 1048, 1050 (8th Cir. 2003) (explaining that "the requisite imminent danger of serious physical injury must exist at the time the complaint . . . is filed" and that "the exception focuses on the risk that *the conduct complained of* threatens continuing or future injury . . . " (emphasis added)).